PERKINS COIE LLP
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Aaron R. Goldstein, Bar No. 239423
AGoldstein@perkinscoie.com
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendant
CALIBER HOME LOANS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JACK A. ELDER and REBECCA R. ELDER,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIBER HOME LOANS, INC.; BARRET DAFFIN FRAPPIER TREDER & WEISS, LLP; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | No. 2:20-cv-00856-WBS-EFB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**(Entire Action)** |

　　　Based upon the Stipulation submitted by and between plaintiffs JACK A. ELDER and REBECCA R. ELDER ("Plaintiffs") and defendant CALIBER HOME LOANS, INC. ("Caliber"), collectively, the "Settling Parties," it is hereby **ORDERED, ADJUDGED AND DECREED**:

　　　Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**. Each party to bear its own fees and costs. The clerk is directed to close the entire action.

　　　Dated: July 14, 2020

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE